UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MAGALIS OTERO,                                              :
:
                              Plaintiff, :
:        21-cv-9323 (VSB)
              -against-                     :
:            **ORDER**
:
VERIZON NEW YORK INC., et al.,                              :
:
                         Defendants. :
------------------------------------------------------------:
X

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: May 11, 2022
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge